



## MEMORANDUM OPINION

No. 04-12-00354-CV

**IN RE** Allan R. **MANKA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:　　　Catherine Stone, Chief Justice
　　　　　　　Sandee Bryan Marion, Justice
　　　　　　　Rebecca Simmons, Justice

Delivered and Filed:　June 20, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On June 11, 2012, relator filed a petition for writ of mandamus. Relator has the burden of providing this court with a record sufficient to establish his right to mandamus relief. *See* TEX. R. APP. P. 52.7(a) ("Relator must file with the petition [ ] a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); *see also* TEX. R. APP. P. 52.3(k)(1)(A); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.3(k), 52.7(a), and 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-01925, styled *In the Interest of CLC, BIC, and AAC*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Dick Alcala presiding.